

# NUMBER 13-25-00254-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

### IN THE MATTER OF THE MARRIAGE OF
### JUAN MIGUEL CARATACHEA AND CATHY RAMOS CARATACHEA
### AND IN THE INTEREST OF C.C., A CHILD

---

### ON APPEAL FROM THE 430TH DISTRICT COURT
### OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Cron**

This matter is before the Court on appellant's failure to file a brief. Appellant's brief was due to be filed on September 29, 2025. On October 14, 2025, appellant was notified that the brief was past due. Appellant was further notified that if she fails to reasonably explain the failure to file a brief within ten days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

To date, appellant has failed to file a brief and has not otherwise responded to the Clerk of the Court's notice. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

JENNY CRON
Justice

Delivered and filed on the
8th day of January, 2026.